AMASA BAGLEY *versus* EZRA BALDWIN, Jr.

JOURNAL ENTRIES (1828–34): *Journal 4:* (1) Diminution suggested, certiorari ordered issued, motion to quash writ *p. 183; (2) continued *p. 191; (3) continued *p. 239; (4) motion to quash writ of error *p. 293; (5) writ of error quashed, motion for allowance of writ of error *p. 300; (6) writ of error allowed *p. 303; (7) motion for judgment of non pros. *p. 425; (8) rule to show cause against issuance of execution *p. 463; (9) motion to make rule to show cause absolute *p. 476; (10) motion for leave to file assignment of errors *p. 481; (11) rule to file surrejoinder *p. 519; (12) motion for leave to amend rejoinder *p. 522; (13) leave given to amend rejoinder *p. 525. *Journal 5:* (14) Rule to file surrejoinder *p. 1; (15) rule to join in demurrer *p. 11; (16) argued, submitted *p. 33; (17) writ of error quashed *p. 37.

PAPERS IN FILE: (1) Writ of error and return; (2) special assignment of errors; (3) suggestion of diminution and motion for certiorari; (4) writ of certiorari and return; (5–6) motions to quash writ of error; (7) motion for allowance of writ of error; (8) writ of error and return; (9) motion to make rule to show cause against execution absolute, etc.; (10) motion for leave to file assignment of errors nunc pro tunc; (11) assignment of errors; (12) affidavit of Daniel LeRoy; (13) affidavit of William A. Fletcher; (14) affidavit of Daniel LeRoy; (15) plea of limitations to writ of error; (16) replication; (17) rejoinder—"Null"; (18) surrejoinder—"Null"; (19) amended rejoinder; (20) surrejoinder; (21) demurrer to sur-

rejoinder, joinder; (22) writ of fi. fa. for costs, return.

*1824–36 Calendar*, MS p. 126.